338

■ In the Matter of TIME MOVING & STORAGE, Petitioner, v MARILYN SHAFER et al., Respondents. [797 NYS2d 287]—Original proceeding unanimously withdrawn in accordance with the correspondence of the parties hereto. No opinion. Concur—Saxe, J.P., Ellerin, Sweeny and Catterson, JJ.